KATHERINE A. DONOHUE, Individually and as Executrix of FRANCIS E. DONO-HUE, Deceased, Respondent, v. FIRST TRUST COMPANY OF ALBANY, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of GORDON R. FELLOWS et al., Respondents, against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al., Appellants.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.